JSW

FULL NAME

_WARREN PHILLIP_

COMMITTED NAME (if different)

_SALINAS Valley State Prison. P.O Box._

FULL ADDRESS INCLUDING NAME OF INSTITUTION

_1050. Soledad CAlifornia 93960·1050_

_H-37458_

PRISON NUMBER (if applicable)

E-filing

**FILED**

JUL − 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_WARREN PHILLIP_

CASE No. CV_____

(To be supplied by the Clerk)

mike EVANS. WArden
LT, ORTIZ
Sgt. M. KIRCHER.
l. JAckson CC1
V. SOlis CC2
Director of S.V.S.P.

PLAINTIFF ,
V. R.COZA C/O A.HIll Ch
R. Delgado C/O Brckr Ch
D. SANdovAl C/O Sgt. Mc VAY
E. SANtANA C/o
Free Stadd. CulinAry. SupervIser,

DEFENDANT(S).

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

**(PR)**

G  42 U.S.C. § 1983

or

G  Bivens v. Six Unknown Agents
403 U.S. 388 (1971);

## A. PREVIOUS LAWSUITS

1)  Have you brought any other lawsuits in a federal court while a prisoner:  (G Yes)   G No

2)  If your answer to 1 is yes, how many?  _01_  Describe the lawsuit in the space below.   (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Page 1 of 6

a.    Parties to this previous lawsuit:

Plaintiff _____ *WARREN PHILLIPS* _____

Defendants _____ *WWW Williams etc, etc,* _____

b.    Court

_____ *District Court* _____

c.    Docket or case number _____ *CV. FCA. 5225. AW/. DLB. P* _____

d.    Name of judge to whom case was assigned _____ *UNKNOWN* _____

e.    Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)

_____ *Still Pending* _____

f.    Issues raised: _____ *Assult With Great body Harm With Possible* _____

_____ *Felony Murder.* _____

g.    Approximate date of filing lawsuit _____ *1999* _____

h.    Approximate date of disposition _____ *UNKNOWN* _____

### B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1)    Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?    G Yes    G No

2)    Have you filed a grievance concerning the facts relating to your current complaint?

G Yes    G No

If your answer is no, explain why not _____

_____

_____

3)    Is the grievance procedure completed?    G Yes    G No

Page 2 of 6

If your answer is no, explain why not _____

_____

4) Please attach copies of papers related to the grievance procedure.

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____WARREN Phillips_____
(print plaintiff's name)

who presently resides at _____SALINAS VALLEY STATE PRISON_____, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff, at _SALINAS_
_VALLEY STATE PRISON. P.O Box 1050 Soledad CALIFORNIA 93960-1050_
(institution/city where violation occurred)

on (date or dates) _____ , _____ , __10·23·07__
                    (Claim I)        (Claim II)        (Claim III)
       _10·16·07_          _9·29·07_         _8_

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provide the information below

if you are naming more than five (5) defendants.)

1) Defendant _____M. KIRCHER_____ resides or works at
             (full name of first defendant)

_SALINAS Valley State Prison. P.O Box 1050. Soledad Calif. 93960/1050_
(full address of first defendant)

_____SGT._____
(defendant's position and title, if any)

The defendant is sued in his/her: (G) individual (G) official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

_Done nothing to resolve the problem, knew that my constitutional 8th 14th_
_Due Process's for being Violated, not Reporting my time to Higher official._

2) Defendant _____OCTIZ_____ resides or works at
             (full name of second defendant)

_SALINAS Valley State Prison P.O Box 1050, Soledad California 93960/1050_, and is employed as
(full address of second defendant)

_____Lt._____
(defendant's position and title, if any)

The defendant is sued in his/her: (G) individual (G) official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

_Was clearly Aware that my 14th Amendment Law being Violated, knew that I_
_was being Discriminated Against but Refuse to take Action._

---

3) Defendant _J. JACKSON_ _____ resides or works at
(full name of third defendant)

_SALINAS Valley state Prison P.O Box 1050 Soledad Calif. 93960-105,_ and is employed as
(full address of third defendant)

_CC1" Counselor._
(defendant's position and title, if any)

The defendant is sued in his/her:  G individual  ( G official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

_was aware that i requested to speak with the Internal Affairs, knew that i was_
_being renewed faim my Job Assignment due to the fact in 115 Able. 3391, Employee Conduct._

4) Defendant _V. SOLIS_ _____ resides or works at
(full name of fourth defendant)

_S.V.S.P P.O Box 1050. Soledad Calif. 93960-1050_ _____, and is employed as
(full address of fourth defendant)

_CC2. Counselor, Acting Captain. F.C. A._
(defendant's position and title, if any)

The defendant is sued in his/her: G individual   G official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

_was well aware by informing the floor officer his requesting to speak with the_
_Internal Affairs was doing nothing more than setting me up, was clearly Violation of my 14"_
                                                                        _AMENDMENT_

5) Defendant _O' SANDOVAL_ _____ resides or works at
(full name of fifth defendant)

_S.V.S.P P.O Box. 1050 Soledad Calif. 93960-1050_ _____, and is employed as
(full address of fifth defendant)

_Correctional officers_
(defendant's position and title, if any)

The defendant is sued in his/her: ( G individual   G official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:

_By using what the counselor told him about me wanting to speak to the Internal Affairs, not_
_Letting me go to the yard knowing sat or sun i supposed to be Release to the yard_

_Regardless of who i went to speak with about c/o "conduct should i Have Violate my Right_

6) R. Selgado

SALINAS Valley State Prison P.O Box 1050. Soledad Calif. 93960 1050

Full Address

Correctional officer

Position.

By not Report His Employee Conduct to Higher officials, By Falsifying State, Federal Documents to sustain A unlawful charge. "3391 Employee Conduct"

⑦    R. Loza

Salinas Valley state Prison P.O Box 1050 Soledad California 93960·1050

Full Address

Correctional officer

Position

By Filing a untrue Report to His Supervisor to Help Cover up His fellow Employee unlawful Conduct "3268.2. unnecessary force")

⑧    E. Santana

Salinas Valley State Prison P.O Box 1050. Soledad Calif. 93960·1050

Full Address

Correctional office.

Position.

By not writing a Report of the Actual Incident to His Supervisor knowing that His Report Would Have Contradicted the other officers Report, Not Speaking the truth Violated my Constitutional Rights 14th Amendment. E. Santana was one of the Escort. - 3268.1 Reporting Investigation Used of force.

10. Back In the month of may. My Supervisor came to my cell, Interduce Himself. During our conversation He explained to me that He will be calling me out to work In the morning. Next The following day I went to work, I explained to my Supervisor that I'm Henring Impaired, He stated it' ok. So I began to work with Several other Inmates who being Working to show me the Ropes So to speak. Everything was Just fine. The free staff, Supervisor gave me a Complament on How Good my Job peaformance was. A Week later I was Removed from my Cook position. To Dishwasher position. I Later Question my Supervisor As to why was I Removed. He stated Just need of A change I explained to Him that He' being Very Unprofessional And that Racial Discrimination.. After that I was Removed from the Critical worker List, I started to file numerous C·D·C 602 Inmate Appeals Form, O·D·C 1824 (ADA) Disability forms. My Cook position Job was giving To Another Race, I Requested to speak With the Internal Affairs. About this matter. This is want Lead up to the Assult ON me. It All started IN the month of may. See: Exhibit A.

Name. ~~Colmay~~

Name. unknown

Salinas Valley State Prison. P.O Box 1050. Soledad California 93966.1050

( Place of work.)

Culmay Supervisor.

( Position )

8

Page 4 of 6

E. CLAIMS*

CLAIM I

The following civil right has been violated:

First Amendments Constitutional Rights.

Eight Amendment Constitutional Rights

Foxteenth Amendment Constitutional Rights

American with Disability Act. Civil Procedures Violation Article 4

Equal Employment Opportunity 31010.1 Policy

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

① Lt. Ortiz. Assignment official. Back on 09.19.07. I personally spoke to Sgt. Jones, Sgt. Founders regarding my job Assignment. I'm Assign to be Called to work but Instead they were using Voluteers to work in position that Has been Assign to Inmates. I Later wrote A C.D.C 602 Appeal Regarding my Assign Job, Sgt. Jones, Sgt. Founder stated to me if I were to withdraw my C.D.C 602 Appeal And give them 1 week I'll be placed back Into Dinning Hall). Week Placed And Nothing Had Changed. I Sent the Appeal Back to Lt. Ortiz, with nofuture Process He Sent my Appeal back. That Clearly shows He was Aware of black Inmate, Disable Inmate being Replaced from their Job Assignment Inmates without No Disability was Working without Even being Assign to A Job. ② Back on 09.25.07 I Sent A C.D.C 1824 Americans with Disability Act (ADA) Form Into to be Process. 09.29.07 Sgt. M. Kircher Interview me Regarding this Appeal. He Stated He Personally knows the Supervisor that Works In the Culinary, He will get me In without No Problem, It's was His Personal beliefs that He doesn't See why I was Moved Fram the beginning, my Disability should'nt Have Play Any part. He does'nt Understand but He Can See exactly where. I See Discrimination. ③ J. Jackson CC1. "counselor" I wrote Another

.cont
4 of 6

CDC 602 Appeal Complaint Regarding this Racial Discrimination Against Disable Inmates, Requested to speak with the Internal Affairs About this Matter. J. Jackson Advised me that I will be going to the Committee, will be Unassigned From my Job Position, will be placed on A.I.A Unassigned work list. I told J. Jackson that my Rights Are being Violated He Informed me that' what their Appeal process is for. (1) V. Solis CC2 (FOA Captain.. BACK ON OCT. 23rd 07. I Went Infront of the Committee that' when V. Solis Removed me from my Job Assignment. I Informed V. Solis that other Races of Inmate that work on the upper yard with me, they moved they Continue to work in the Culinary on the Lower yard. J. Jackson stated the other Inmates was Re-Assigned. So I Ask the Committee why can't I be Re-Assigned? Is it because of my Disability No Response! Just Ask the officer to Escort me back to my cell. On my way out V. Solis Ask me why Am I so Eager to speak with the Internal Affairs? I stated About this Discrimination Against black Disable Inmate, The Committee "Laugh". I Also Informed the "Acting Captain V. Solis that I was Removed From my Cook Position to Dishwasher without Any Justification As to why. My Cook Position was giving to Another Race", Had nothing to due with my performance. (2) D'Sandoval BACK ON 01.12th 2008. Correctional officer' D'Sandoval began to Release Building 2 "C. Pod For Yard once He, Several other officers Arrived At my Cell inwhich I share with Another Inmate malbrough K.07446 He Ask my Cellmate Did He wont to go to the yard my cellie stated yes. D'Sandoval to me that I only Can go to the yard in P.M this Afternoon, TOMORROW IN The Morning AM. 01.12.08. the Afternoon yard was Cancel So I wasn't Able to go to the yard. Sunday Came 01.13th.08 same As usual D'Sandoval began to start to Run yard

Chuck 1a

10

Once He Arrive At My cell He stated I couldn't go to the yard today. I explained to Him that I'm A.I.A Unassigned, I'm entitled to yard on the weekend, Later He ask My cellie did He want to go to the yard. My Cellie Comply No" I Asked D'SANdAvAl CAN I speak to Sgt. He stated why. Just write Another cdc'c 602 appeal, speak to the Internal Affairs And walked Away Laughing... I Began to yelled to Control CAN I speak to the Sgt. Control Booth officer Just smiled, closed the window. ⑥ R. Delgado correction officer." He knew THAT His employee was violating My Rights And being Unprofessional while dealing With state Black Inmates, He Also was Aware that I'm A.I.A Unassigned so I did Have yard Either Saturday or Sunday but to not let me out on the weekend was being Very Unprofessional. Bias, Prejudice tores Me. Moments Later R. Delgado Called My Cellie For A visit, When He opened our Cell door I walked out, Laid on the FLOOR without Any Resistance. ⑦ R. Loza Correction officers. He cuffed Me up, pulled me from the Floor without Any Resistance. Where Is He going to take Me, D'SANdoval stated to the Sgt office Like He Requested And Later started "chuckling" I was being Escorted door the stair threw the Routana, once I got all the way threw the Routana c/o D'SANdoval stated Now Him, c/o R. Loza began to shake He from side to side, flipped Me on the Ground For no Apparent Reason. ⑧ C. SANtANA was one of The correctional officers who was Escorting Me to the Sgt. office. C. SANtANA Never put His HANds on Me Cause He knew He wasn't needed Nor did He push His button to Activate the Alarm Cause it wasn't needed. In R. Delgado Report He stated He Henied R. Loza stating stop Reading stop Resisting But No where IN there Report they say C. SANtANA said anything He was present. Why didn't He press the button or participate If I was being Resisted? Inmate Appeal Log# SVCP. C-07-04535. Sent out to be mailed by c/o Hobbs. Has been Exhausted wanted the Director to order me to speak with the Internal Affairs About this issue

. CONT .
Pg. 4 of 6

Cont. 4 of 6

Plaintiff states while He Waits IN Ad seg pending ICC Review board change. He was Found not guilty on the said alledged charge Back on 05.29.2008 of Battery on Pence officers. Now comes 06.11.2008 The Monterey Court House sent plaintiff Notification that The decline to Prosecute...

Plaintiff states the Retaliation Has already started... Now come 06.13th 2008 c/o A.Hill made A statement to Sgt.Mc.Vay that I supposely "Flashed" Her. But c/o A.Hill never mention Anything to me of such statement. I believe that someone Has manipulated c/o A.Hill to make such false Allegation Due to the fact that I'm not being Prosecuted of the Said charges of battery on Pence officer.

Plaintiff states that the Retaliation Continues Now comes 06.14.2008 c/o Bieder placed window covers over my window to prevent me from Looking out my window And to give other staff members the Assumption that I'm Guilty" of the Alledyed statement of c/o A.Hill made back on 06.13.2008

Plaintiff states He Informed c/o Bieder that He was Violating my 14th Amendment, my Due Process Rights by Placing Blinds On my Windows without Any Rule Report" Nor Am I Even Found Guilty.. c/o Bieder stated He was following Order Per. Sgt.Mc.Vay...

Plaintiff states he wishes the Courts to order Salinas Valley State Prison official to make A Set date So plaintiff can speak with the Internal Affairs About this Curruption on staff members At Salinas Valley State Prison, stop Retaliating.

Plaintiff also states that c/o Bieder Place A memo on plaintiff door stating Plaintiff is now A sexual Predator for other inmates, staff members to Read, Voice their Opinion About plaintiff There Has been Any Court proceeding No Interview no Nothing Just mere Retaliation on the staff At Salinas Valley State Prison memo was placed on door. 06.14th 2008

Defendant: A. Hill

Full address: Salinas Valley State Prison P.O. Box 1050 Soledad calif. 93960-108

Position: Correctional officer

The defendants is sued IN His/Her (1)Individual (2)Official Capacity

Defendant: Bieder.

Full Address: Salinas Valley State Prison. P.O. Box 1050 Soledad calif. 93960-1050

Position: Correctional officer

The defendants is sued in His/Her (1) Individual (2) official Capacity

Defendant: Mc VAY

Full Address: Salinas Valley State Prison P.O. Box 1050 Soledad Calif. 93960-1050

Position: Sgt.

The defendants is sued IN His/Her (1)Individual (2)official Capacity

PAGE 5 OF 6

### F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1,000,000.00 Prison Guards names mention used Excessive force violated my Rights, And Constitutes Cruel And unusual Punishment Under the 1st, 8th, 14th Amendment, Due Process of the United states Consitution, Violation of American with disAbility Act (ADA) Article 4 Equal Employment opportunity 31010.1 Policy Affimintive Action. 31010.3 Qualified, Requesting to speak with the Internal affairs, Repeatly Retailiation

06/11/08
07/05/08
(Date)

_Warren Phillips_
(Signature of Plaintiff)

_Warren Phillips_

EXHIbit A

Petitioner: states these's are ducat's that EACH Inmate Recieved once He/she Recieves a Job Assignment

1. 05.17th 2007: I WAS Assigned to a Cook position.

2. 05-25th 2007 I WAS Removed From My Cook position. Due to the Fact that I WAS AM Black Inmate, I AM Disable. My Disability Is Hearing Impaired. The Cook position IN WHICH they Remove Me From they Gave it to Another Race WAS Nothing MoRe than Discrimination.

Also See! ADA Appeal Complete date 09.29.07

Also Article 4. Equal Employment Oppatunity

N

Exhibit A



Assignment Ducat/Activity Card

CDC#: H37458  PHILLIPS, WARREN
EFF : 05/25/2007
BED#: FCB7T1 124U
LOC : CD32
RDO : T  W
JOB#: DRS-C.323  CD32                R/C
HRS: 0415-0745 0815-1145

AUTHORIZED BY:

Assignment Ducat/Activity Card

CDC#: H37458  PHILLIPS, WARREN
EFF : 05/17/2007
BED#: FCB7T1 124U
LOC : CD32
RDO : F  S
JOB#: DRC-C.322  CD32                R/C
HRS: 0415-0745 0815-1145

AUTHORIZED BY:

# ADA
# INMATE APPEAL ROUTE SLIP

## To: CA2

Date: September 26, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-C-07-04244** By Inmate **PHILLIPS, H37458**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: ADA

Due Date: ~~10/18/2007~~    10/11/07

Special Needs:

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

Completed
9-29-07

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SVSP C.07 | 4244 | 18. ADA |

DPP Code is ~~DDP~~ DNH        CAZ 1st

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

Discrimination

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

Claims removal from his job because of disability

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| W. PHILLIPS | 4.37458 | | | C2.226 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED** RECD SEP 26 2007

DESCRIPTION OF DISABILITY:

Hearing Impaired.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

Back on 05/17/07 I was giving a culinary job, now due to the program adjustment I was moved from #2 yard to #1 yard, I write several 602' Inmate Complaint Regarding my issue, now comes 09/25/07 My assignment Job was taken away is clearly a violation of CDC for Title 15, 3040(k) 3041 cl. I strongly believe that my DMH plays a part in my removal of my culinary Job is nothing more than being Prejudice tords me due to my disabilities see 3085 American with disability Act.

DESCRIBE THE PROBLEM:

See: C-File And Exhibits

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? I feel as tho I shall be transfered to a Institution that does'nt discrimination Against state Prisoner With a disability

_Warren Phillips_
INMATE/PAROLEE'S SIGNATURE

09.25th 2007
DATE SIGNED

20                                                                          5

## CHAPTER 3 — PERSONNEL, TRAINING, AND EMPLOYEE RELATIONS

### ARTICLE 1 — EQUAL EMPLOYMENT OPPORTUNITY

*Effective February 2, 1990*

**31010.1     Policy**

The Department shall implement EEO and affirmative action principles in its personnel practices.

All decisions related to personnel policy and practice in the area of recruitment, testing, selection, placement, employment development, training, and advancement shall be made on the basis of applicant's or employee's capabilities to adequately perform the specific job for which they have applied. All disabled applicants and employees shall be given consideration for any reasonable accommodation. No one shall be excluded from participation in, be denied the benefits of, or be subjected to discrimination, under any program or activity under the jurisdiction of the Department because of:

- Race, color, ancestry/ethnicity or national origin.
- Creed or religion.
- Age.
- Sex or sexual orientation.
- Physical or mental disability.
- Political affiliation/beliefs.
- Retaliation for having filed discrimination charges.
- Marital status.
- Medical condition (cancer).
- AIDS.

**31010.2     Purpose**

This section specifies:

- The EEO Program which shall be used to reach the Department's affirmative action goals.
- The appeal process which shall provide a means to resolve complaints of discrimination.

**31010.3     Definitions**

**Affirmative Action**

An active effort to correct the effects of past discrimination by recruiting, employing, and promoting qualified members of groups that have been excluded by past personnel practices. Affirmative action is more than passive non-discrimination; it is an active means toward the end result -- EEO.

**Charging Party**

Any individual or group of individuals who believe the Department has discriminated against them in violation of a state or federal EEO law or regulation.

**Disabled Person**

Anyone who:

- Has a physical or mental impairment which substantially limits one or more of such person's major life activities; or
- Has a record of such impairment; or
- Is regarded as having such impairment.

Throughout these guidelines, the term "handicapped individual" is synonymous with the term "disabled person" or "persons with disabilities" or similar variations. The preferred term in the disabled community is "disabled", while the federal legal and regulating term is "handicapped".

**Disability**

Generally, a disability is defined as a condition of impairment, physical or mental, having an objective aspect that can usually be described by a physician.

**Handicap**

Conversely, a handicap is defined as the cumulative result of the obstacles which a disability interposes between the individual and their maximum functioning level.

**Interpretation of Terms in Definition:**

**Physical or Mental Impairment**

Physical or mental impairments are not, in general, defined by listing specific conditions and diseases because of the difficulty of ensuring the comprehensiveness of any such list. The term includes, but is not limited to:

- Any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems: neurological; musculoskeletal; sense organs; respiratory; speech organs; cardiovascular; reproductive; digestive; genito-urinary; hemic and lymphatic; skin; and endocrine; or any mental or psychological disorder, such as mental retardation, emotional or mental illness, and specific learning disabilities.

**Major Life Activities**

- Major life activities means functions such as caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, and working.

**Record of Impairment**

- Record of impairment means has a history of or has been misclassified as having, a mental or physical impairment that substantially limits one or more major life activities.

**Regarded as Having an Impairment**

- Regarded as having such an impairment means:
    - Has a physical or mental impairment that may not substantially limit major life activities but that is treated by an employer as constituting such a limitation.
    - Has a physical or mental impairment that substantially limits major life activities only as a result of the attitudes of others toward such impairment.
    - Has no impairments but is treated by an employer as having such an impairment.

**Substantially Limited**

A disabled person is substantially limited if such person is likely to experience difficulty in securing, retaining, or advancing in employment because of a disability.

**Qualified**

A disabled person is qualified when such person is capable of performing a particular job with reasonable accommodation relative to such person's disability.

**Determination**

The above definition and interpretation identifies who may be considered disabled and should be included in affirmative action plans and programs for the disabled. Individuals with acute disabling conditions such as appendicitis, broken arms, pulled muscles, etc., which are not stabilized will not meet the definition of disabled person until the permanence of the residual medical impairment/condition is determined by a medical doctor.

**Alternative Job Placement**

The reassignment of an employee who can no longer perform the duties of their current position to another position in either the same or a different classification, where they are able to perform the duties of the position satisfactorily.

148

Case 3:08-cv-03226-JSW   Document 1   Filed 07/03/2008   Page 18 of 47
Operations Manual          DEPARTMENT OF CORRECTIONS                    Operations Manual

Exhibit A

### Discrimination Complaint Investigator

A departmental employee trained in discrimination complaint processing with emphasis on investigations and fact finding.

### EEO Counselor

A departmental employee trained in discrimination complaint processing with emphasis on informal resolution.

### EEO

The legal right of all persons to be afforded full and equal consideration for employment, retention, and advancement on the basis of merit.

### External Discrimination Complaint

A formal complaint alleging discrimination filed with a state/federal compliance agency or court against the Department by a charging party.

### Good Faith Efforts

Specific efforts initiated and acted upon in good faith to attract and appoint minorities, women, and disabled persons into the departmental work force.

### Internal Discrimination Complaint

A formal complaint alleging discrimination filed with the Discrimination Complaint Manager of the Department.

### Reasonable Accommodation

Those job-related adaptations which adjust the difference between the mental or physical limitations of the person and the requirement of a particular job. Reasonable accommodation may include, but is not limited to, any one or a combination of the following:

- Altering the work environment.
- Providing special equipment and assistive devices, e.g., special telephone equipment, "talking" calculators, specially designed desks, chairs, communication devices.
- Work site modification, e.g., adjustments to equipment height, rearrangement of furniture and equipment.
- Adjusting work schedules, including reduction of work and job sharing.
- Job restructuring, e.g., modification of work hours and/or changes in job duties.
- Support services, e.g., interpreters, readers, driver assistants.
- Architectural changes, e.g., building or structural modification.
- Authorizing leave of absences and providing frequent rest breaks.
- Retraining and considering alternative job assignments through transfer, demotion, or a training and development assignment.

### Sexual Harassment

A form of discrimination typically defined as unsolicited or unwelcomed sexual overtures.

### 31010.4    Responsibility

### Executive Staff

The Chief Deputy Director; deputy directors; assistant directors; and the General Manager, PIA, shall:

- Ensure the overall effectiveness and positive results of affirmative action efforts within their jurisdictions.
- Ensure that staff are aware of affirmative action goals, policies and procedures.
- Monitor compliance with affirmative action procedures.
- At the request of the Assistant Director, Affirmative Action, designate:

- EEO counselors who are functionally responsible to the local hiring authority when performing EEO counseling. The number and level of EEO counselors at each location shall be determined by the Assistant Director, Affirmative Action.
- Discrimination complaint investigators, who shall report directly to the Program Manager, Discrimination Complaint Unit, while they are assigned to an investigation. The number of investigators who shall not be below the level of captain or its equivalent, unless specifically approved by the Program Manager, Discrimination Complaint Unit, shall be determined at each location by the Assistant Director, Affirmative Action.

The Assistant Director, Affirmative Action, shall:

- Provide staff leadership in the development and implementation of the Affirmative Action Program.
- Develop and monitor the implementation of departmental policy statements, regulations, and procedures pertaining to the Department's Affirmative Action Program.
- Serve as liaison between the Department and compliance agencies, minority organizations, women's organizations, and community action groups concerned with EEO and affirmative action.
- Assist local administrators with the establishment and implementation of local EEO objectives.
- Evaluate the effectiveness and efficiency of the Affirmative Action Program, when necessary, by monitoring for compliance with federal and state laws, rules and regulations.
- Provide the final departmental level of review for discrimination complaints filed and formally investigated.
- Review the Department's programs and procedures related to personnel activities and make recommendations for any changes necessary to remove barriers to attainment of EEO.
- Review and approve departmental examination and recruitment plans.
- Provide guidance to all departmental EEO committees and Women's Liaison Councils.
- Develop statewide training programs sensitive to the issues of affirmative action.
- Require full cooperation from all employees in efforts to resolve EEO complaints.
- Render the departmental final decision and response to a charging party and/or state/federal compliance agency on a timely basis.
- Initiate the conciliation process as appropriate and necessary.

### Program Manager, Discrimination Complaint Unit

The Program Manager, Discrimination Complaint Unit, shall:

- Assign, direct, and provide technical assistance to discrimination complaint investigators and field staff in the timely completion of formal investigations and/or responses to inquires from state and federal agencies.

    - Establish and maintain a roster of employees trained in discrimination complaint investigations.
    - Provide full support to the fact finding process and assure that investigators perform without fear of reprisal.
    - Notify the Assistant Director, Affirmative Action, and the appropriate hiring authority upon the assignment of an investigator.

- May conduct discrimination complaint investigations of the most sensitive and complex nature.
- Monitor all discrimination complaint activities.
- Follow through to ensure deadlines and target dates are met.
- Acknowledge receipt of all formal charges and/or complaints.
- Maintain appropriate files and publications.

24



# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE PHILLIPS, H37458                    Date: August 13, 2007
Current Housing: C7/124

### From: **INMATE APPEALS OFFICE**          ˈ **DELIVERED AUG 1 ϵ ˙˙ː7**

Re: APPEAL LOG NUMBER: SVSP-C-07-03544

ASSIGNED STAFF REVIEWER: **CA2**
APPEAL ISSUE: WORK INCENTIVE

### DUE DATE: 09/24/2007

Inmate PHILLIPS, this acts as a notice to you that your appeal has been sent to
the above staff for FIRST level response. If you have any questions, contact the
above staff member. If dissatisfied, you have 15 days from the receipt of the
response to forward your appeal for SECOND level review.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

*ducnin*
*dul'ny*

*J7*

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

## REVIEWER'S ACTION

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: 9|26|07
DATE DUE: 10|8|07

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**_____

    1. I wish to withdraw this Appeal. W. Phillips H-37458. 09/29/07

---

**DATE INMATE/PAROLEE WAS INTERVIEWED**

**PERSON WHO CONDUCTED INTERVIEW**

**DISPOSITION**

☐ GRANTED ☐ DENIED ☐ PARTIALLY GRANTED  W. Hdrawn

**BASIS OF DECISION:**

Inmate Phillips was interviewed 9-29-07 by Sgt
M. Kircher where we discussed the Movement
on Facility C and the Incremental Release Process
Inmate Phillips then withdrew his

SYSTEMATIC APPEALS OFFICE
RECEIVED COMPLETED RESPONSE ON

OCT 03 2007

1ST LVL ☐
2ND LVL ☐
RECEIVED SEP 21 2007

**NOTE:** If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided and time frames if appropriate.

**DISPOSITION RENDERED BY: (NAME)** M. Kircher
**TITLE** Sgt
**INSTITUTION/FACILITY** SUSP Facility C

## APPROVAL

**ASSOCIATE WARDEN'S SIGNATURE**

**DATE SIGNED** 10|2|07

DATE RETURNED TO INMATE/PAROLEE

STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  Log No.  Category
1. _SVSP. C-07. 00544_         _13_
                                _CAII-1st_
2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. _Critical worker   wants to be called to work_

| NAME _PHILLIPS_ | NUMBER _H37458_ | ASSIGNMENT _CULINARY_ | UNIT/ROOM NUMBER _CT-124_ |

**A. Describe Problem:** _BACK ON the 25th of July C/O CARLOS AND C/O DAILES spoke to 2nd WATCH SUPERVISOR Regarding INMATE, who's ASSIGN to CULINARY, I personally spoke to the SUPERVISOR Regarding me coming to work He stated that He would CALL me IN. But A great deal of time HAS ELAPSED, The 3rd WATCH SUPERVISOR Stated He CALLED IN Any, All INMATES that HAS been ASSIGN to the CULINARY._

If you need more space, attach one additional sheet.

**B. Action Requested:** _THAT I be CALLED to work on 2ND WATCH, And THE SUPERVISOR state the Reason why I'm NOT being CALLED to work according to my Job ASSIGNMENT._

Inmate/Parolee Signature: _Warren Phillips_    RECEIVED AUG 01 2007    Date Submitted: _07/30/07_

**C. INFORMAL LEVEL** (Date Received: _8-4-07_ )

Staff Response: _Denied due to modified program per plan of operations dated 7-24-07. Inmate phillips H37458 is not on the critical workers list._

Staff Signature: _E. Sur_    Date Returned to Inmate: _8-4-07_

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_MY Action Requested WAS FOR MY SUPERVISOR to state the Reason why I'm NOT being CALLED to work, NOT the Unit officers. The PLAN of Operation states that CULINARY workers CAN be Used As Critical workers, other CAN be used AC Critical workers IF needed. And Inmates that Are Assign to CULINARY shall be CALLED to work According to PLAN of Operation_

Signature: _Warren Phillips_    RECEIVED AUG 10 2007    Date Submitted: _08/05/07_

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☑ Other  W. THRALL

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _8.10.07_ Due Date: _9.24.07_

Interviewed by: _T. ALLEN_

_I CHOSE TO WITHDRAW THIS APPEAL x Phillips H3745_

_WARREN Phillips._

Staff Signature: _Allen_   Title: _Sgt_   Date Completed: _8/28/07_

Division Head Approved:

Signature: _____   Title: _CMC_   Returned DELIVERED SEP 1 9 2007

Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_I disagree with the Respondent Respond, why is my Job taken Away. I Haven't been written up nor did I ever go to the Committee to be Removed for my Conduct or Performance while working in the Culinary. I never Sign Any document to be Removed I need the warden to d1 a full Investigation into this matter Cause Someone must have falsified state, federal document,_    _(Penal 3040.1 F)_

Signature: _Warren Phillips_    Date Submitted: _09-20-2007_

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:   Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

EXHIbits B

See: Inmate Parolee Appeal Screening form
    Date 10-16th 07

25

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: **Phillips**    CDC #: **H 37458**    CDC HOUSING: **C 2-226**

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED BELOW OR

RETURNED TO MORE INFORMATION OR FOR YOU TO ATTACH SUPPORTING DOCUMENTS.

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS

| | |
|---|---|
| [ ] Requested Action Already Taken | [ ] Requested Appeal Withdrawn |
| [X] Duplicate Appeal; Same Issue | [ ] Appeal Previously Received and Processed |
| [ ] Appealing Action Not Yet Taken | [ ] Incomplete 602 – Complete Next Appropriate Section |
| [ ] Incomplete Appeal – Documents Not Attached | [ ] Incomplete 602 – Sign and Date Appropriate Section |
| [ ] Time Constraints Not Met | [ ] Limit of One Continuation Page May Be Attached |
| [ ] Cannot Submit On Behalf Of another Inmate | [ ] Incomplete Disciplinary Appeal – Missing Documents* |
| [ ] Appeal Process Abuse – Inappropriate Statements | [ ] Incomplete Property Appeal – Missing Documents* |
| [ ] No Significant Adverse Effect Demonstrated | [ ] Failed to Provide Necessary Copies of Chrono(s)* |
| [ ] Action / Decision Not Taken By CDCR | [ ] Appeal Process Abuse – Pointless Verbiage |
| [ ] Action Sought Is Under Sentencing Court Jurisdiction | [ ] May Submit One (1) Non-Emergency Appeal Per Week |
| [ ] Submit Issue to Assigned Parole Office | [ ] Attempting to Change Original Appeal Issue |
| [ ] Appeal Matter to VCGCB | [ ] Not Authorized to Bypass Any Level |
| [ ] DRB Decisions Are Not Appealable | [ ] Appeal Issue & Reasonable Accommodation Not 1824 |
| [ ] Request for Interview; Not an Appeal | [ ] Do Not Combine Staff Complaints with Other Issues |
| [ ] More than one issue –one issue per appeal | |
| [ ] NO ATTEMPT AT INFORMAL RESOLVE | [ ] Emergency Not Warranted-CCR 3084.7 |

[ ] **Not a Request Form; Use CDCR-7362 – to access Medical Services, submit your request on a CDCR-Form 7362, Health Care Services Form, and send it to the Medical Department for an appointment. *If necessary, sign up for sick call.***

## PLEASE ATTACH AS NOTED BELOW:

| | | | |
|---|---|---|---|
| [ ] | CDC 115/Hearing Officer's Results | [ ] | CDC 128C Medical Chrono |
| [ ] | CDC 115 with IE/DA information | [ ] | CDC 1819 Denied Publications |
| [ ] | Supplemental Reports to CDC 115 | [ ] | CDC 128 A |
| [ ] | CDC 1030 Confidential Disclosure | [ ] | CDC 128 B |
| [ ] | CDC 114D Lockup Order | [ ] | CDC 143 Property Transfer Receipt |
| [ ] | CDC 128G ICC/UCC | [ ] | Cell Search Slip |
| [ ] | CDC 128G CSR Endorsement Chrono | [ ] | Receipts |
| [ ] | CDC 839/840 Class/Reclass Score Sheet | [ ] | Qtr. Pkg. Inventory Slip |
| [ ] | CDC 7219 Medical Report | [ ] | Trust Account Statement |
| [ ] | **Other: SEE COMMENTS BELOW** | [ ] | Property Inventory Receipt |

**Comments:  You may write on back of this form to clarify or respond to the above.**

T. Variz, Correctional Counselor-II
Appeals Coordinator
Salinas Valley State Prison

RET'D OCT 1 8 2007

Date: _10-16-07_

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please return this form to the Appeals Coordinator with the necessary information attached.

Exhibits
B

09/20/07

TO: Lt. Ortiz,

My name is WARREN Phillips #: 374158
C2.226.

And I wreithing Regarding my CULINARY
Job, inwhich I Had on the #2 yard. However I
was moved over to the #4 yard Recently, I've been
trying to get on the Critical worker List for the
Dinking Hall, it' obvious to me that there Are Volunteers
working in the chow Hall, Those that Has been Assign to
CULINARY is Not being Called to work.

I need to know why was I Ever moved, do
I still Have my Culinary Job, I never went to the
Committee for Any Action pertaining to my Job Performance.

P.S. If I'm Not A Cuhinary worker. Can you process my
3.19.C 602 Appeal Cause my Constitutional, Due Process
Rights Has been Violated

Thank You!

zɛ                                                          2

EXHIbits. C.

See: crime Incident Report. Past.B1.

See: medical Report. 01.13.08

See: Crime Incident Report. C.1.

26

**CRIME / INCIDENT REPORT**
**PART B1 - INMATE** *Exhibit C*
CDCR 837-B1 (REV. 10/06)

| | | | | Page 3 of 7 |
|---|---|---|---|---|

| INSTIUTTION | FACILITY | | INCIDENT LOG NUMBER |
|---|---|---|---|
| SVSP | FC2 - FACILITY C2 | | SVSP-FC2-08-01-0025 |

**INMATE (ENTIRE SHEET)**

| NAME: LAST | | FIRST | | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|---|---|
| PHILLIPS | | WARREN | | NMI | H-37458 | M | BLA | | |

| PARTICIPANT | CLASS SCORE | PVRTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | RELEASE Date Type | EXTRACTION | DOB | HOUSING |
|---|---|---|---|---|---|---|---|---|---|
| SUSPECT | | | | | | | NO | | C2-226U |

| CURRENT INMATE LEVEL | N/A | CCCMS | EOP | MH | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT |
|---|---|---|---|---|---|---|---|---|
| IV | MHCB | DDP | DPP | | | | | |

☑ N/A   DESCRIPTION OF INJURIES, LOCATIONS AND CAUSE

| ☐ N/A | ☑ TREATED AND RELEASED | ☐ HOSPITALIZED | NAME/ LOCATION OF HOSP/ TREATMENT FACILITY |
|---|---|---|---|
| ☐ DECEASED DATE | | ☐ REFUSED TREATMENT  ☐ N/A | FACILITY C HEALTH SERVICES ANNEX |

| Reason For Death: | Is There ASCA Serious Injury | N/A PRISON GANG / DISRUPTIVE GROUP | VALIDATED / ASSOCIATED |
|---|---|---|---|
| | ● No   ○ Yes | | |

27

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

Exhibit C

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | C-2 | INJURY / USE OF FORCE / UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | 1/13/08 |

| THIS SECTION FOR INMATE ONLY | NAME LAST | FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| | Phillips, W. | | H37458 | C2-226 | |

| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| C-2 | 1/13/08 1000 | C/O Salgado |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL *(circle)* | | | AGE | RACE | SEX |
|---|---|---|---|---|---|---|---|---|
| 1000 | 1020 | C/O Salgado | AMBULATORY / LITTER / WHEELCHAIR / ON SITE | | | 35 | A/A | M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"They flipped on the groom..."

| INJURIES FOUND? YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | (11) |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | 1035 1050 11C |
| Staff issued exposure packet? | YES / (NO) |

M.H. cleared.

OLD INJURY

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| N/A | |

| TIME/DISPOSITION | REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|---|
| R.T.C @ 1025 hrs | B O Kelly  BUC | | M T |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDCR 7219 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL - Custody   CANARY - Inmate/Employee   PINK - Health and Safety / RTW Coordinator (only work related injury)

**PARTC1 - SUPPLEMENT**
CDCR 837-C1 (REV. 10/06)

Page 2 of 2

INCIDENT LOG NUMBER
SVSP-FC2-08-01-0025

| NAME LAST | FIRST | | MI |
|---|---|---|---|
| HENLEY | S. | | M |

TYPE OF INFORMATION
☑ CONTINUATION OF REPORT ☐ CLARIFICATION OF REPORT ☐ ADDITIONAL INFORMATION

Photographs of Inmate Phillips H-37458 continues:

7. Close up view of Inmate Phillips.
8. Over all view of Inmate Phillips' left profile.
9. Mid range view of Inmate Phillips' left profile.
10. Over all view of Inmate Phillips' back.
11. Mid range view of Inmate Phillips' back.
12. Over all view of Inmate Phillips' right profile.
13. Mid range view of Inmate Phillips' right profile.
14. Over all view of the tops of Inmate Phillips hands.
15. Over all view of both Inmate Phillips legs from calf down.
16. Midrange view of both Inmate Phillips' legs from the knees down.
17. Midrange view of both Inmate Phillips' legs from the knees down, showing ankles.

Upon completion of the photographs I returned to the ISU Office where I secured the photographs into the ISU Film Evidence Locker (Jan 2008).

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | | BADGE # | Staff ID # | DATE |
|---|---|---|---|---|---|
| | CORRECTIONAL OFFICER | | | | 1/13/2008 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 01/13/08 | APPROVED ☑ Yes ☐ No | CLARIFICATION NEEDED ☐ Yes ☑ No | DATE 01/13/08 | |

Exhibits. D.

This Inmate Appeal Has been Completed threw Administrative EXHausted purpose.. I sent the Appeal to the Department of Corrections For A prayer to Allowed me to Speak with the Internal affairs But Here A copy of my Log# form to show that my Rememdies Has been Completed. And the Higher Officials Had opportunity to prevent this Cruel, Unusual Punishment, Violation of My 8th Amendment, Due Process Rights.

*Exhibits J*

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE PHILLIPS, H37458                     Date: November 2, 2007
Current Housing: C2/226

From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER: SVSP-C-07-04535

ASSIGNED STAFF REVIEWER: CA2
APPEAL ISSUE: WORK INCENTIVE

### DUE DATE: 12/05/2007

Inmate PHILLIPS, this acts as a notice to you that your appeal has been sent to
the above staff for SECOND level response. If you have any questions, contact
the above staff member. If dissatisfied, you have 15 days from the receipt of the
response to forward your appeal for THIRD level review. Third level appeals are
to be mailed directly to:

> **Chief of Inmate Appeals**
> **Department of Corrections**
> **P. O. Box 942883**
> **Sacramento, CA  94283-0001**

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

25

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

INMATE APPEALS BRANCH

P. O. BOX 942883

SACRAMENTO, CA  94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date:    MAR 0 3 2008

In re:   Warren Phillips, H37458
         Salinas Valley State Prison
         P.O. Box 1020
         Soledad, CA  93960-1020

         IAB Case No.:  0715953        Local Log No.:  SVSP-07-04535

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner L. Warren, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** This appeal is filed as a result of the appellant's request to be retained in his job in the culinary. It is the appellant's position that he was removed from his job by his assigned counselor due to retaliation because he filed a previous complaint about his counselor's job performance. He states that when he moved from the upper yard to the lower yard, he spoke to his work supervisor about his job and was told to talk to his counselor. His claims he was informed by his counselor that the removal from the culinary was due to his move to another yard. The appellant disagrees with the job removal because there are inmates from both yards who work in the culinary. At the Second Level of Review, the appellant alleges the reason that he was unassigned is due to being black because only black inmates are being unassigned from their culinary jobs. The appellant is requesting to be called into work and to speak to Internal Affairs about this matter.

**II    SECOND LEVEL'S DECISION:** The reviewer denied this appeal based on the finding that the appellant was unassigned form his work position due to his move to another yard and the institution's need to affect the release of Facility "C" to normal program using an incremental release. The reviewer determined that the appellant was placed on a waiting list for another position, was granted "S" time, and retains Work Group/Privilege Group (WG/PG) "A-1/A." With regard to the appellant's allegation that only black inmates are being removed from culinary positions, the institution denied the allegation and noted that the appellant's removal from his culinary position was based on institutional needs.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.    FINDINGS:** The Director's Level of Review (DLR) reviewed the appellant's issues and reaffirms the institution's examination and conclusions as addressed in the Second Level of Review.    There is no cause to cause to intervene at the DLR. The appellant has failed to demonstrate that he was removed from his job either due to retaliation from his counselor as alleged at the First Level, or because he is black, as alleged at the Second Level. The appellant was removed from his job through no fault of his own based on institutional needs. The institution appropriately retained his WG/PG at "A-1/A" through reassignment. The appellant shall be afforded no relief at this level.

    It is important to note that the Second Level reviewer concluded that "there is no mandate that requires the CDCR to place the appellant into a work/training assignment." The DLR clarifies for the record that California Code of Regulations, Title 15, Section (CCR) 3040 requires inmates to work as assigned by department staff; and pursuant to CCR 3376, it is the responsibility of the classification committee to initiate an education, vocational training, or work program for each inmate.

    **B.    BASIS FOR THE DECISION:**
California Penal Code Section: 2932
CCR: 3040, 3045.3, 3375, 3376

    **C.    ORDER:** No changes or modifications are required by the Institution.

WARREN PHILLIPS, H37458
CASE NO. 0715953
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, SVSP
        Appeals Coordinator, SVSP

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12-87)

Location: Institution/Parole Region _____ Log No _____ Category _____

1. SVSP C    1. 07-04536    13    2nd

2. _____    2. _____

CAZ 18

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| PHILLIPS | H-37458 | | C2.226 |

A. Describe Problem: *To: Captain Pounders... Back in the month of Sept 2007, I wrote a C.D.C. 602 on my counselor Jackson. For his unlawful conduct, while dealing with state inmates. His performance has been below standards that C.D.C. required. I was moved from the upper yard to the lower yard. I do not an assign job in the Culinary. I spoke to supervisor the inmates, not why I'm not being called to work. He stated I need to speak with my counsel, which I did. He informed me that I will be removed from my job assign. I explain to him that every other inmate that work in Culinary on 1, 2nd work on 2 yard.*

If you need more space, attach one additional sheet.

B. Action Requested: *That I be called in to work, the counselor states the reason why I'm not on the master list, when there are volunteers working in Culinary, inmates that are assign, are not. I personally believe that he's not putting me on the work, mod list are to my bad appeal against him, I speak to the Internal Affairs*

Inmate/Parolee Signature: *Warren Phillips*    Date Submitted: *10/06/07*

C. INFORMAL LEVEL (Date Received: _10/12/07_ )

Staff Response: *DENIED: BECAUSE YOUR JOB IS ON THIS OTHER YARD YOU WILL NOT BE CALLED TO WORK HOWEVER YOU WILL RECIEVE "S" TIME UNTIL YOU ARE TAKEN TO COMMITTEE AND UNASSIGNED OR REASSIGNED. THIS DEPT. REGREATES ANY INCONVIENINCE THIS MAY HAVE CAUSED YOU.*

Staff Signature: *D. SANDQUIST*    Date Returned to Inmate: _10/12/07_

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

*I disagree. There are inmates who are level on the upper yard in Culinary are working in Culinary over on the lower yard without being Unassign, like I mention before this is nothing more than retaliation against me for writing counselor Jackson a C.D.C. 602 on his conduct. And I do need to speak with the Internal Affairs.*

Signature: *Warren Phillips*    RECEIVED OCT 16 2007    Date Submitted: _10-14-07_

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

DEC -3 2007

INMATE APPEALS
BRANCH

CDC Appeal Number: _____

First Level ☐  2 ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: 10-16-07  Due Date: 11-30-07

Interviewed by: 2ND Jackson CCI  10/23/07

The appellant has been unassigned from his work position due to location change. The appellant has however retained AIA Status and been placed on a WL for an available job. The subject is being granted S time through re-assignment.

RET'D OCT 29 2008

Staff Signature: _____  Title: CCI/  Date Completed: 10/23/07
Division Head Approved:
Signature: _____  Title: _____  Returned
Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I disagree. Black inmates are the only inmate that are being Unassigned from their Culinary Position once their being moved from One yard to Another. There are other races of inmates I personally worked with on the Upper Yard that Has Moved As well but kept their culinary Position over on the lower Yard. I would Holly Appreciate if I could speak with After

Signature: Warren Phillips    RECEIVED NOV 02 2007  Date Submitted: 10/30/07

Second Level ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: 11-2-07  Due Date: 12-5-07
☐ See Attached Letter

RET'D NOV 29 2007

Signature: _____  Date Completed: 11-20-07
Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I disagree. There Has still being Racial discrimination upon black inmates. I was Assign to nec (cook) back on 05/17/07, Now comes 05/26/07 I was Removed from My cook position to dishwasher. I question the Supervisor, free cook why Am I being Remove from My cook Position? Free staff Respond that He wanted a other to be A cook, Not A black. There Are (others) inmates that Has been moved from 2 yard to 1 yard that I work with Are Now Working In the Culinary without being UNASSIGN. CAN I please speak with the Internal Affairs

Signature: Warren Phillips    Internal  Date Submitted: 11 29 07

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____
☑ See Attached Letter
Date: MAR 0 3 2008

CDC 602 (12/87)

# ALLEGATION OF MISCONDUCT BY A PEACE OFFICER

## NOTICE OF RIGHTS AND RESPONSIBILITIES

Pursuant with Penal Code Section 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign, and submit the following statement.

_PHILLIPS_     _H.37458_

Inmate's Name     CDC Number        Appeal Log Number

**Please read and sign acknowledging the following and return to the Inmate Appeals Office.**

You have the right to make a complaint against a departmental peace officer for any improper peace officer conduct. California law requires this agency to have a procedure to investigate complaints. You have a right to a written description of this procedure. This agency may find after investigation that there is not enough evidence to warrant action on your complaint; even if that is the case, you have the right to make the complaint and have it investigated if you believe an officer behaved improperly. Complaints and any reports of findings relating to complaints must be retained by this agency for at least five years.

It is against the law to make a complaint that you know to be false. If you make a complaint against an officer knowing that it is false, you can be prosecuted on a misdemeanor charge in a criminal court.

I have read and understood the above statement.

_Warren Phillips_, WARREN Phillips     10/04/07

Complainant's Name (Printed & Signature )     Date Signed

_____     _____

Receiving Staff's Name (Printed & Signature)     Date Signed

## PERMANENT ATTACHMENT TO CDC 602 - DO NOT REMOVE

## INITIAL STATEMENT OF REASONS:

This action changes existing administrative provisions that govern the inmate appeals process, as well as the process for filing misconduct complaints against departmental peace officers.

Existing regulations in Title 15 provide that inmates and parolees under the jurisdiction of the Department may appeal any departmental decision, action, condition, or policy perceived by those individuals as adversely affecting their welfare. The concept of individual inmate perceptions has caused inmates to file appeals on matters that in no way adversely affect their welfare, e.g., receiving broken cookies in sack lunches, receiving "smooth" as opposed to "crunchy " peanut butter, and for "poor" quality toilet paper.

The Prison Litigation Reform Act limits the types of prisoner civil rights lawsuits that can be filed and is designed to discourage frivolous lawsuits to the federal courts. Though the appeals process is the inmates' exhaustion of administrative remedies as required under the statute for claims for access to the courts, it is not necessary that it be so broad and general in its application that it cannot reasonably be controlled. When the time limits for responding to appeals were originally adopted, the Department had 12 prisons and approximately 30,000 inmates. Today the Department has 33 active prisons, more than 145,000 inmates, and 100,000 parolees. As demonstrated by these numbers, the number of prisons as well as the inmate population has risen drastically, while the time limits for responding to inmate appeals have remained constant. Due to the rise in the number of inmates now incarcerated and the rise in the number of appeals being filed, the Department's appellate process is in a constant overdue status. To remedy this situation, these regulations will expand the time limits for responding to inmate appeals and better define the requisites for filing an appeal at the three formal levels. The time limits set within these regulations are more realistic given the number of appeals to which a response must be provided.

As stated in Penal Code (PC) Section 148.6, anyone who files an accusation of misconduct, knowing that it is false, against a peace officer is guilty of a misdemeanor, and anyone making such an accusation must read and sign an advisory statement. This statement is included under the revised Title 15 Section 3391(d). Also, as required in PC Section 832.5, "Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizens' complaints against the personnel of such departments or agencies, and shall make a written description of the procedure available to the public. Complaints and any reports or findings relating thereto shall be retained for a period of at least five years." As a means to conform to the provisions of PC Sections 148.6 and 832.5, changes to the Department's regulations are necessary.

The Department of Corrections must determine that no alternative considered would be effective in carrying out the purpose of this action or would be as effective and less burdensome to affected private persons than the action proposed.

**Existing Sections 3084.1(a) and (d)** are amended to state that inmates and parolees must reasonable demonstrate that a departmental decision, action, condition, or policy adversely affects their welfare. An exception to this would be decision of the Departmental Review Board. Also, changes have been made stating that appeal ,restrictions against those persons abusing the appeals process is not prohibited. These changes are necessary to eliminate an inmate's or parolee's individual perception and shift the burden of proof to the inmate or parolee to establish that a decision has adversely affected their welfare. Also, these changes inform inmates and parolees to establish that a decision has adversely affected their welfare. Also, these changes inform inmates and parolees that prohibitive measures will be taken against those abusing the appeals process. These changes are expected to eliminate the number of frivolous lawsuits being filed by inmates.

**New Section 3084.1(e)** is adopted to include language related to the filing of alleged misconduct complaints against departmental peace officers. This adoption informs those persons who may wish to file alleged misconduct complaints against departmental peace officers that it is a misdemeanor to file an accusation knowing it to be false and that a Rights and Responsibilities Statement must accompany a complaint. This adoption is necessary to meet the provisions of PC Section 148.6

```
JA620IRO.301              SALINAS VALLEY STATE PRISON                09/26/07
                             INMATE JOB ASSIGNMENT
                           INMATE ASSIGNMENT HISTORY
CDC NBR              NAME   PHILLIPS              REL DT
                                          PC 2933 _          RTN STA _

TITLE      CD32                F/C DIN RM 3 SW    POSITION NBR   DRS-C.323
LOCATION   CD32   F/C DIN RM 3 2W                 DOT CODE/SEQ   311-677-018      7
STATUS     FUL    RDO   T  W                      PAY GRADE      5
WK HOURS   0415:0745   0815:1145                  BEG/END DATE   05/25/07-

TITLE      CD32                F/C DIN RM 3 CK    POSITION NBR   DRC-C.322
LOCATION   CD32   F/C DIN RM 3 2W                 DOT CODE/SEQ   313-361-022      2
STATUS     FUL    RDO   F  S                      PAY GRADE      3
WK HOURS   0415:0745   0815:1145                  BEG/END DATE   05/17/07-05/25/07

TITLE                         F/C DIN RM 3       POSITION NBR
LOCATION          RDO                            DOT CODE/SEQ
STATUS                                           PAY GRADE
WK HOURS                                         BEG/END DATE

F064*ENTER CDC NUMBER THEN DEPRESS F1 TO DISPLAY DATA
```

File  Edit  Config  Options  Trouble  Print  Help

ENTER | STOP | BREAK | PRINT SCR | PRINT OFF | PRINT CLOSE | HRESET | SCREEN

DISPLAY JOB          PRINT SCREEN          INQUIRY MENU          MAIN MENU

NS/VT-svsp    HP    5:11    NUM    OVR

Start    Outlook Today - Micro...    Inmate / Parole Track...    WS92 DEFAULT.W...    13:11 Wed Sp

RECEIVED

OCT 18 2007

AW/COMPLEX M

# **INMATE APPEAL ROUTE SLIP**

**To: CA2**

OCT 1 8 2007    Date: October 16, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-C-07-04535** By Inmate **PHILLIPS**, **H37458**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: WORK INCENTIVE

$DUE$ 11/2/07
Due Date: ~~11/30/2007~~

Special Needs:

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

11/29/07. F.: THE Internal Affairs. About this Racial Discrimination..

Participation. CCR 3040.. THE Name mention in this 602 Appeal are in Violation of my Constitutional, Due Process Rights according to CCR. 3040 (k) I was issue a pay rate, was removed from my position cause I was told that they didn't want a black inmate to cook.. And I feel as tho when a inmate makes a complaint against any staff member that Employee by C.D.C His/Her Constitutional Rights shall be respected ... There was nothing that indicated that my performance as a worker was poorly,..... I have several staff members that can state that the reason why I was removed wasn't standard procedures" By C.D.C,.. only personal beliefs,.... Just again I need to speak with the Internal Affairs about the Racial Discrimination

11/29/07                              Urban Phillips

Formal level
cont. Response.

Cause my Due Process, Constitutional Rights Are Repeatly being Violated, The correctional officer who Responded to my Inmate Appeal is not the officer who I wrote the Appeal Against. according to the C.O.C title 15 Sec. 3084.5 (A)(E)... is nothing more than A Violated of my Due Process Right., I Also would like Counselor Jackson to answer my Appeal in His own words.

Warren Phillips                                    10-14-2007


E. The Internal Affairs, about this discrimination

10/30/07                              Warren Phillips


11/29/07                              Warren Phillips
about this Racial Discrimination, I did Have A Paid Job Position.


11/29/07                              Warren Phillips

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

## RULES VIOLATION REPORT

E.P.R.D.

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| H-37458 | PHILLPS | | 05-02-12 | S.V.S.P. | | C08-01-0013 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS **Battery on an Peace** | LOCATION Fac "C" | DATE | TIME |
|---|---|---|---|---|
| C.C.R. §3005(c) | Officer | Build. 2 | 01-13-08 | 1000 Hrs. |

CIRCUMSTANCES     On Sunday, January 13, 2008, at about 1000 hours, while performing my duties as
C2 Floor Officer #1, while releasing an inmate to visiting, Inmate PHILLPS (H-37458, C2-226),
who was not being released for a visit, exited the cell and started walking towards the stairs.
I gave PHILLPS a direct order to go back to his cell, and he stated, "Fuck that! I'm not going
back in." Officer Loza and I, ordered PHILLPS to go to his cell. He said, Fuck that! I ain't
going back in. I wanna see a sergeant." He sat down and said, "I ain't going nowhere."
Officer Loza ordered PHILLPS to cuff up, with positive results.

### (Con't See a CDC-115-C)

Inmate PHILLPS **is not** a participant in the Mental Health Services Delivery System.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ D. Sandoval, Correctional Officer | 1/15/08 | C2 Floor officer #1 | T/F |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ Sgt. M. Nilman | 01/15/08 | DATE | LOC. |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO | | | |
|---|---|---|---|---|---|---|---|
| ☐ ADMINISTRATIVE | B1 | 1/15/08 | ▶ M. Koss, LT | ☐ HO | ☒ SHO | ☐ SC | ☐ FC |
| ☒ SERIOUS | | | | | | | |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| | ▶ | 01/15/08 | 100 | | | |
| ☒ INCIDENT REPORT LOG NUMBER: FC2-08-01-0025 | BY: (STAFF'S SIGNATURE) ▶ | DATE 1/15/08 | TIME 100 | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |

HEARING

**Plea:** The charges were read aloud as written to Inmate Phillips, who acknowledged understanding the charges and who
entered a plea of Not Guilty.

**Findings:** Inmate Phillips was found Not Guilty of violating CCR 3005(c); specifically, "Battery on a Peace Officer,"
a Division "B" offense (CCR 3323(d)(1)).

Inmate Phillips was found Guilty of violating CCR 3005(c); for the included charge of "Resisting Staff," also a Division
"F" offense (CCR 3323(f)(6)).

**Disposition:** Assessed 90 days forfeiture of behavioral credits, consistent with a Division "F" offense (CCR 3323(f)(3));
Inmate was counseled, warned and reprimanded.

**Additional Disposition:** None.

**Classification Referral:** Referred to ICC for program review.

### Disposition continued on CDC 115C

REFERRED TO ☐ CLASSIFICATION   ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| J. Celaya, Lieutenant | ▶ | | |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| ▶ G. Ponder, Captain | 6/4/8 | L. Trexler | 6/4/08 |

| | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | ▶ | 6-9-08 | 1600 |

CDC 115 (7/88)

STATE OF CALIFORNIA

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS

PAGE____OF____

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| H-37548 | PHILLPS | C08-01-0013 | S.V.S.P. | 01-13-08 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☒ 115 CIRCUMSTANCES  ☐ HEARING  ☐ IE REPORT  ☐ OTHER_____

As Loza and I were escorting PHILLPS, he said, "I want my fucking yard." I advised PHILLPS that it was not his yard rotation. PHILLPS said, "Fuck you motherfucker" becoming resistive and aggressively started swinging his left arm violently in a left and right motion, trying to pull away from me. I ordered him to stop resisting with negative results, while I tried to maintain control of PHILLPS' left forearm with my right hand, PHILLPS continued to swing his arms in a left to right motion, striking me in the right side of my torso, with his left elbow. I placed my left hand on his upper back and with downward pressure, I forced him to the ground on his stomach and maintained control of him along with Officer Loza. As responding staff arrived, they took control of PHILLPS and escorted him out of the building.

D. Sandoval, Correcitonal Officer

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| | | 1/13/08 |

| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|
| | | |

☑ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

OSP 99 25082

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, __WARREN Phillips__ declare under penalty of perjury that: I am the __Petitioner__ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this ~~05~~ ‛15 day of ~~Feb~~ June , 20 08 , at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) __Warren Phillips__
DECLARANT/PRISONER
Warren Phillips

------------------------------------------------------------

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _____ , am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On ~~02.05~~ 06-15 , 20 08 , I served the foregoing: __2 copies, 1 original Civil Rights Complaints form to__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

__United state District Court Central District of California__
__312 No. Spring st. Rm. G8  Los Angeles California__

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: ~~Feb 08~~ June 15 , 20 08

__Warren Phillips__
DECLARANT/PRISONER
Warren Phillips

I, _Warren Phillips_ DECLARE:
   Name

I AM OVER THE AGE OF 18, NOT A PARTY TO THIS ACTION, AND RESIDE/AM

EMPLOYED AT

_____ IN _____ COUNTY
   Address

ON _06/15th 2008_, I DEPOSITED IN THE UNITED STATES MAIL AT
   Date

_Salinas Valley State Prison_ A COPY OF THE ATTACHED
   City and State

_legal, G02, documents_ IN A SEALED ENVELOPE WITH
   Title or description of each paper

POSTAGE FULLY PRE-PAID, ADDRESSED TO:

_United State District Court, US Court House_

_450 Golden Gate Ave. San Francisco Calif. 94102-3483_

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE _06/15th 2008_

_Warren Phillips_
SIGNATURE OF DECLARANT

_Warren Phillips_
PRINT NAME OF DECLARANT

CIVIL COVER SHEET
(Reverse Side)

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ✓ No _____ Yes

If yes, list case number(s):

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

(CHECK ALL BOXES    ☑ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
THAT APPLY)       ☐ B. Involve the same or substantially the same parties or property;
                    ☐ C. Involve the same patent, trademark or copyright;
                    ☐ D. Call for determination of the same or substantially identical questions of law, or
                    ☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

IX. VENUE: List the California County , or State if other than California, in which EACH named plaintiff resides. (Use an additional sheet if necessary)

☐ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).

☑ CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
NOTE: In land condemnation cases, use the location of the tract of land involved.

X: SIGNATURE OF ATTORNEY (OR PRO PER): X _Andrew Phillips, Andrew Philly_ Date _____

NOTICE TO COUNSEL/PARTIES: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**CIVIL COVER SHEET**

**I.(a) PLAINTIFFS**

WARREN Phillips

**DEFENDANTS**

Mike Evans Warden, D. SANdOVAL C/O   AHill C/O
L. Ortiz   R. Belgado C/O   Bieder C/O
Sgt. M. Kircher   R. Loza C/O   Sgt. McVAY
J. JacksoN CCI   E. SANtANA C/O
V. Solis CC2   Culinary Supervisor Free Cook
Director of S.N.S.P

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **SALINAS**
EXCEPT IN U.S. PLAINTIFF CASES

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **SALINAS**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro-Per. Salinas Valley state Prison

P.O Box 1050 Soledad California 93960-1050

ATTORNEYS (IF KNOWN)   UNKNOWN,

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- □ 1 U.S. Government Plaintiff
- □ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- □ 4 Diversity (Indicate Citizenship of Parties In Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (PLACE AN x IN ONE BOX ONLY)

- ☒ Original Proceeding
- □ 2 Removed from State Court
- □ 3 Remanded from Appellate Court
- □ 4 Reinstated or Reopened
- □ 5 Transferred from another district (specify)
- □ 6 Multidistrict Litigation
- □ 7 Appeal to District Judge from Magistrate Judgment

**V. REQUESTED IN COMPLAINT:**
□ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $1,000,000.00
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES □ NO

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)  42 U.S.C. 1983 RACIAl DiscRiminAtion, cruel, unusual Punishment, Takes DisAble Inmates. 8th 14th Amendment Violation And RetaliatioN

**VII. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY |
|---|---|---|---|---|---|
| | | PERSONAL INJURY | PERSONAL INJURY | | |
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 362 Personal Injury- Med Malpractice | □ 610 Agriculture | □ 422 Appeal 28 USC 158 |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 365 Personal Injury- Product Liability | □ 620 Other Food & Drug | □ 423 Withdrawal 28 USC 157 |
| □ 430 Banks and Banking | □ 130 Miller Act | | | □ 625 Drug Related Seizure of Property 21 USC 881 | |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | □ 368 Asbestos Personal Injury Product Liability | □ 630 Liquor Laws | PROPERTY RIGHTS |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | | | □ 640 R.R. & Truck | □ 820 Copyrights |
| □ 470 Racketeer Influenced and Corrupt Organizations | □ 151 Medicare Act | □ 330 Federal Employers' Liability | PERSONAL PROPERTY | □ 650 Airline Regs | □ 830 Patent |
| □ 810 Selective Service | □ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | □ 340 Marine | □ 370 Other Fraud | □ 660 Occupational Safety/Health | □ 840 Trademark |
| □ 850 Securities/Commodities/ Exchange | | □ 345 Marine Product Liability | □ 371 Truth in Lending | □ 690 Other | SOCIAL SECURITY |
| □ 875 Customer Challenge 12 USC 3410 | □ 153 Recovery of Overpayment Of Veteran's Benefits | □ 350 Motor Vehicle | □ 380 Other Personal Property Damage | | □ 861 HIA (1395ff) |
| □ 891 Agricultural Act | □ 160 Stockholders' Suits | □ 355 Motor Vehicle Product Liability | □ 385 Property Damage Product Liability | LABOR | □ 862 Black Lung (923) |
| □ 892 Economic Stabilization Act | □ 190 Other Contract | □ 360 Other Personal Injury | | □ 710 Fair Labor Standards Act | □ 863 DIWC/DIWW (405(g)) |
| □ 893 Environmental Matters | □ 195 Contract Product Liability | | | □ 720 Labor/Mgmt. Relations | □ 864 SSID Title XVI |
| □ 894 Energy Allocation Act | REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | □ 730 Labor/Mgmt. Reporting & Disclosure Act | □ 865 RSI (405(g)) |
| □ 895 Freedom of Information Act | □ 210 Land Condemnation | □ 441 Voting | □ 510 Motions to Vacate Sentence Habeas Corpus | | FEDERAL TAX SUITS |
| □ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | □ 220 Foreclosure | □ 442 Employment | | □ 740 Railway Labor Act | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 230 Rent Lease & Ejectment | □ 443 Housing/ Accommodations | □ 530 General | | |
| | □ 240 Torts to Land | □ 444 Welfare | □ 535 Death Penalty | □ 790 Other Labor Litigation | □ 871 IRS-Third Party 26 USC 7609 |
| □ 950 Constitutionality of State Statutes | □ 245 Tort Product Liability | □ 440 Other Civil Rights | □ 540 Mandamus & Other | □ 791 Empl. Ret. Inc. Security Act | |
| □ 890 Other Statutory Actions | □ 290 All Other Real Property | | ☒ 550 Civil Rights | | |
| | | | ☒ 555 Prison Condition | | |

**VIII.(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ____ Yes

If yes, list case number(s):