**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WARREN PHILLIPS

PLAINTIFF/PETITIONER,

v.

MIKE EVANS, WARDEN, etc, etc.

DEFENDANT(S).

CASE NUMBER

JSW

CV 08 3226 (PR)

DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, WARREN PHILLIPS, declare under penalty of perjury, that the foregoing is tr and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proce without being required to prepay fees, costs or give security therefore, I state that because of my poverty I a unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructic below are true, correct and complete.

1.  Are you presently employed?   ☐ Yes  ☒ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name a address of your employer.

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages p month which you received.    UNKNOWN

2.  Have you received, within the past twelve months, any money from any of the following sources?
    a.  Business, profession or form of self-employment?   ☐ Yes  ☒ No
    b.  Rent payments, interest or dividends?   ☐ Yes  ☒ No
    c.  Pensions, annuities or life insurance payments?   ☐ Yes  ☒ No
    d.  Gifts or inheritances?   ☐ Yes  ☒ No
    e.  Any other income (other than listed above)?   ☐ Yes  ☒ No
    f.  Loans?   ☐ Yes  ☒ No

(CONTINUE ON REVERSE SIDE)

13

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months:

N-A

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

If the answer is yes, identify each account and separately state the amount of money held in each account for each of the <u>six (6) months prior</u> to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? UNKNOWN
Approximately how much income did your last tax return reflect? UNKNOWN

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: Nobody

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

State of CALIFORNIA

County (or City) of SALINAS

I, WARREN PHILLIPS _____, declare under penalty of perjury that the foregoing is true and correct.

Date: October 06 15th 2008

_Warren Phillips_
Plaintiff/Petitioner (Signature)

_Warren Philly_

CV-60 (11/96)   DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| WARREN Phillips | CASE NUMBER |
|---|---|
| PRISONER/PLAINTIFF, | |
| v. Mike Evans, warden, etc, etc DEFENDANT(S). | DECLARATION IN SUPPORT OF REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES |

I, WARREN Phillips, declare under penalty of perjury, that the following is true and correct; that I a the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 2 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give securi therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are tru correct and complete.

1. Are you presently employed in prison?   ☐Yes   ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   b. State the place of your incarceration SALINAS Valley State Prison. P.O. Box 1050 Soledad California - 93960-1050. Have the institution fill out the Certificate portion of this application a attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes   ☒No
   b. Rent payments, interest or dividends?   ☐Yes   ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes   ☒No
   d. Gifts or inheritances?   ☐Yes   ☒No
   e. Any other income (other than listed above)?   ☐Yes   ☒No
   f. Loans?   ☐Yes   ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each sour during the past twelve (12) months:

CV 60P (11/96)    DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

(CONTINUED ON REVERSED SIDE)

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison account if applicable.)   ☐ Yes   ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the six (6) months prior to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

5. In what year did you last file an Income Tax Return? __Unknown__

   Approximately how much income did your last tax return reflect? __Unknown__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __Nobody__

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,0 (18 U.S.C. Sections 1621, 3571).

State of __California__

County (or City) of __Salinas__

I, __Warren Phillips__, declare under penalty of perjury that the foregoing is true and correct.

Date: __06/15/2011__

_Warren Phillips_
Prisoner-Plaintiff (Signature)

_Warren Phillips_

PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the f amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further author the prison officials at this institution to assess, collect and forward to the Court the full amount of thes fees, in monthly payme based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_Warren Phillips_
Prisoner-Plaintiff (Signature)

_Warren Phillips_

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ __0__ on account at the __SALINAS__ __VALLEY STATE PRISON__ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ __0__
I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __0__.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

Dated: _____            _____
                                         Authorized Officer of Institution (Signature)

/7

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

```
REPORT ID: TS3030 .701                                              REPORT DATE: 02/13/08
                                                                    PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 13, 2008 THRU FEB. 13, 2008

ACCOUNT NUMBER : H37458                     BED/CELL NUMBER: FDB8T2000000228U
ACCOUNT NAME   : PHILLIPS, WARREN           ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
   DATE         HOLD
  PLACED        CODE          DESCRIPTION            COMMENT         HOLD AMOUNT
  ----------    ----    ----------------------   ---------------    -------------
  02/01/2008    H118    LEGAL COPIES HOLD         2003 LCOPY               1.30
  02/04/2008    H109    LEGAL POSTAGE HOLD        2008 ENVEL               1.10
  02/05/2008    H114    COPAY FEE, MED.           2028 COPAY               5.00
  02/07/2008    H118    LEGAL COPIES HOLD         2058 LCOPY               7.20
  02/07/2008    H109    LEGAL POSTAGE HOLD        2060 ENVEL               1.30
  02/13/2008    H109    LEGAL POSTAGE HOLD        2122 ENVEL               0.70
  02/13/2008    H118    LEGAL COPIES HOLD         2122 LCOPY               1.00
  02/13/2008    H118    LEGAL COPIES HOLD         2122 LCOPY               1.00

                              TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL       TOTAL         CURRENT        HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS    WITHDRAWALS   BALANCE        BALANCE     TO BE POSTED
  ---------    ---------   -----------   ---------     ---------    -------------
    0.00         0.00         0.00          0.00         18.60          0.00


                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                    -----------
                                                                       18.60-
```

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date June 15th 20 08

To: Warden                    Approved _____

I hereby request that my Trust Account be charged $_____ for the purpose stated below and authorize the withdrawal of that sum from my account:

H-37458
NUMBER

Warren Phillips
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed

PURPOSE  Legal matter

NAME  United State District Court
U.S. Court House
450 Golden Gate Ave
San Francisco California 94102-3483

WARREN Phillips