IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN PHILLIPS, | ) | No. C 08-3226 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| MIKE EVANS, Warden, et al, | ) | (Docket No. 2) |
| Defendants. | ) | |

On July 3, 2008, Plaintiff filed a *pro se* civil rights action in this Court. On that same day the Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court specifically notified Plaintiff that the application form he submitted was not the proper form and that he did not include a Certificate of Funds in Prisoner's Account completed and signed by an officer of the institution or a trust account statement showing transactions for the last six months (docket no. 3). The Court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. More than thirty days has passed and Plaintiff has not responded. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee and Petitioner's motion is DENIED as incomplete (docket no. 2). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: May 13, 2011

JEFFREY S. WHITE
United States District Judge